**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF OKLAHOMA**

WAYNE GILLEY,

          Petitioner,

v.

HASKELL HIGGINS, Warden,

          Respondent.

Case No. CIV-05-440-RAW

## ORDER

On December 4, 2007, Magistrate Judge West filed a Report and Recommendation, recommending that this action (commenced by Petitioner's filing of a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241) be dismissed. Petitioner has not filed an objection. Upon review, the recommendation of the Magistrate Judge will be followed.

Accordingly, it is the Order of this Court that the Report and Recommendation of the United States Magistrate Judge is hereby adopted and affirmed. Petitioner's petition pursuant to 28 U.S.C. § 2241 is hereby DISMISSED.

IT IS SO ORDERED this 29th day of January, 2008.

**Dated this 29th Day of January 2008.**

J4h4i0

Ronald A. White
United States District Judge
Eastern District of Oklahoma